# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 01-1526/2434

_____

United States of America,           *
                                        *

        Appellee,             *
                                          *

    v.                           *
                                        *

Lamont D. Hill,               *  Appeal from the United States
                                      *  District Court for the

        Appellant,           *  District of South Dakota.
                                        *

Janet Thompson; Shield Partnership;  *
Ross Hill; Jody Hill; Kenneth        *  [UNPUBLISHED]
Falkenhagen; Asmussen Grain, Inc.;  *
Robert Joachim, doing business as   *
Joachim Brothers Partnership; Pioneer *
Hi-Breed International, Inc.; Barber  *
Farm Service; Keltgen Seed Company; *
Aberdeen Association of Orthopedic  *
Surgeons; Sully County, a political   *
subdivision of the State of South    *
Dakota,                       *
                                        *

        Defendants.         *

_____

Submitted:  November 29, 2001
Filed:  December 14, 2001

_____

Before BOWMAN, BRIGHT, and LOKEN, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Lamont Hill challenges orders of the district court[1] which confirmed a foreclosure sale (No. 01-1526), and denied relief under Federal Rule of Civil Procedure 60(b), denied his recusal motion, and imposed sanctions under Federal Rule of Civil Procedure 11 (No. 01-2434).

We dismiss appeal No. 01-1526 as moot. See United States v. Fitzgerald, 109 F.3d 1339, 1342 (8th Cir. 1997) (once foreclosed property is sold to third-party purchaser, court generally lacks power to craft remedy for debtor; therefore, debtor who fails to obtain stay of sale has no remedy on appeal and appeal is moot).

As to appeal No. 01-2434, we conclude after careful review of the record that the district court's rulings were within its discretion. See Brooks v. Ferguson-Florissant Sch. Dist., 113 F.3d 903, 905 (8th Cir. 1997) (Rule 60(b) standard of review); Isakson v. First Nat'l Bank, Sioux Falls, 985 F.2d 984, 986 (8th Cir. 1993) (per curiam)(Rule 11 standard of review); United States v. Faul, 748 F.2d 1204, 1211 (8th Cir. 1984)(recusal standard of review), cert. denied, 472 U.S. 1027 (1985). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.